BRETT L. TOLMAN, United States Attorney (#8821)
CAROL A. DAIN, Special Assistant United States Attorney (#10065)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84101
Telephone: (801) 524-5682

FILED
US DISTRICT COURT

2007 DEC 12  P 5: 07

DISTRICT OF UTAH

BY: _____
      DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| | **INDICTMENT** |
| UNITED STATES OF AMERICA, | VIO.  18 U.S.C. § 922(g)(1), |
| Plaintiff, | POSSESSION OF A FIREARM BY A CONVICTED FELON. |
| vs. | Case: 2:07-cr-00903 |
| PATRICK MICHAEL AUSTIN, | Assigned To : Sam, David |
| Defendant. | Assign. Date : 12/12/2007 |
| | Description: USA v. |

The Grand Jury Charges:

## COUNT I
### (18 U.S.C. § 922(g)(1))

*Nov. 23, 2007*

On or about ~~March 8, 2007~~, in the Central Division of the District of Utah,

## PATRICK MICHAEL AUSTIN,

the defendant herein, having been convicted of a crime punishable by imprisonment for

more than one year, did knowingly possess in and affecting interstate commerce, three

firearms to wit: a .22 caliber Marlin rifle, a .22 caliber Stevens rifle, and a .22 caliber

Springfield rifle; all in violation of 18 U.S.C. § 922(g)(1).


## NOTICE OF INTENT TO SEEK FORFEITURE

As a result of the offenses in Count I, the defendant shall forfeit to the United

States pursuant to 18 U.S.C. § 924(d)(1), all firearms or ammunition involved in or used

in any knowing violation of 18 U.S.C. § 922 including but not limited to the firearm listed

in this Indictment.



A TRUE BILL:

/s/

FOREPERSON OF GRAND JURY


BRETT L. TOLMAN
UNITED STATES ATTORNEY



CAROL A. DAIN
Special Assistant United States Attorney